JS-6



FILED
CLERK, U.S. DISTRICT COURT

July 17, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM HAYDEN, an unmarried man,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PNC MORTGAGE, a division of PNC Bank a national Association; CLEAR RECON CORP. and DOES 1 through 100, Inclusive,<br><br>　　　　Defendants. | Case No.: 2:16-CV-03098-SJO-PLA<br><br>**JUDGMENT OF DISMISSAL IN FAVOR OF DEFENDANT, PNC BANK, N.A.** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

　　**PLEASE TAKE NOTICE THAT** this Court, having granted Defendant PNC Bank, N.A., doing business in its own name and as PNC Mortgage's ("PNC") Motion to Dismiss on May 27, 2016, now rules as follows:

　　**IT IS HEREBY ADJUDGED AND DECREED THAT:**

　　Plaintiff TIM HAYDEN's claims for Injunctive Relief, Violation of Homeowner's Bill of Rights ("HBOR") and Unfair Competition ("UCL") against Defendant PNC Bank, N.A. are hereby dismissed with prejudice.

**IT IS HEREBY FURTHER ORDERED:**

Defendant PNC Bank, N.A. shall recover its costs as against Plaintiff TIM HAYDEN.

**IT IS SO ORDERED.**

DATED: July 17, 2016.

_____
Honorable S. James Otero
United States District Court Judge

**1**     **PROOF OF SERVICE**

**2** **STATE OF CALIBORNIA** )
                              ) ss.
**3** **COUNTY OF ORANGE** )

**4** I, Gabriela Rubio, declare:

**5-6** I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2301 Dupont Drive, Suite 300, Irvine, California 92612-7531.

**7-9** On **June 29, 2016**, I served the document(s) described as **[PROPOSED] JUDGMENT OF DISMISSAL IN FAVOR OF DEFENDANT, PNC BANK, N.A.** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

**10** ☐ **BY MAIL**: as follows:

**11** ☐ **FEDERAL** – I deposited such envelope in the U.S. Mail at Irvine, California, with postage thereon fully prepaid.

**12-15** ☒ **BY ELECTRONIC SERVICE** as follows: I hereby certify that I electronically transmitted the attached documents(s) to the U.S. District Court using the CM/ECF System for filing, service and transmittal of Notice of Electronic Filing to the CM/ECF registrants for this case. Upon completion of the electronic transmission of said document(s), a receipt is issued to the serving party acknowledging receipt by the ECF's system, which will be maintained with the original document(s) in our office.

**16-18** ☐ **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

**19-20** ☐ **BY PERSONAL SERVICE** as follows: I caused a copy of such document(s) to be delivered by hand to the offices of the addressee between the hours of 9:00 A.M. and 5:00 P.M.

**21** ☒ **FEDERAL** I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

**23** Executed on **June 29, 2016**, at Irvine, California.

**26**                                Gabriela Rubio

**SERVICE LIST**
**Timothy Hayden v. PNC Mortgage, et al.**
**USDC Court Case No.:  2:16-cv-03098-SJO-PLA**
**W&W File No. 1641-035**

Jerome D. Stark, Esq.
JEROME D. STARK, P.C.
540 N. Golden Circle Drive, Suite 203
Santa Ana, CA  92705

Tel:  (714) 558-8014
Fax: (714) 558-8015
jerrystarklaw@gmail.com

Counsel for Plaintiff
**TIM HAYDEN**

Casper J. Rankin, Esq.
Genail M. Anderson, Esq.
ALDRIDGE | PITE, LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92117

Direct: 858-750-7605
Fax:  (858) 412-2705
crankin@aldridgepite.com

Counsel for Defendant
**CLEAR RECON CORP.**